IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| McDaniel<br><br>　　Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>　　Defendant. | CASE NO.: 3:08-cv-1058<br><br>JUDGE: David A. Katz<br><br>**AMENDED DISMISSAL WITH PREJUDICE BY STIPULATION** |

　　Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice, with each party to bear its own fees and costs. This Stipulation Amends the previous Notice of Dismissal previously filed by Plaintiff. (Doc. #11).

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Macey & Aleman | United Collection Bureau, Inc. |
| By: s/ Jeffrey S. Hyslip<br>Jeffrey S. Hyslip<br>Attorney for Plaintiff<br>The Sears Tower<br>Suite 5150<br>Chicago, IL 60606<br>Telephone: 1.866.339.1156<br>Jsh@legalhelpers.com | By: s/ Jeffrey C. Turner<br>Jeffrey C. Turner<br>Attorney for Defendant<br>Surdyk, Dowd & Turner Co., L.P.A.<br>Kettering Tower, Suite 1610<br>Dayton, Ohio 45423<br>jturner@sdtlawyers.com |